# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>   vs.<br>LETICIA REYES(1),<br><br>                            Defendant. | CASE NO. 11cr2573-BEN<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

     Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice and the bond is exonerated. **IT IS SO ORDERED**.

     Dated:  8/13/2012    .

                                                   *[signature]*
                            **HONORABLE BARBARA L. MAJOR**
                            **United States Magistrate Judge**

CR